UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 24-3177 WDK (JCx) | Date | October 30, 2024 |
|---|---|---|---|
| Title | G and G Closed Circuit Events LLC v. David Pena Zamora | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Kevin Reddick | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE**

    In light o the Default by Clerk entered on October 23, 2024, the Court, on its own motion, **ORDERS plaintiff** to show cause in writing no later than **November 15, 2024,** why this action should not be dismissed for lack of prosecution.   As an alternative to a written response by plaintiff, the Court will consider the filing of a **Motion for Entry of Default Judgment (Fed. R. Civ. P. 55(b))** on or before that date.

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently.   If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.

    No oral argument on this matter will be heard unless ordered by the Court.   The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

    **IT IS SO ORDERED**.

:

Initials of Preparer     kr