JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID PENA ZAMORA,**<br><br>Defendant. | Case No. CV 24-03177 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant David Pena Zamora, individually and d/b/a Pena's Mexican Restaurant, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant David Pena Zamora, individually and d/b/a Pena's Mexican Restaurant, as follows:

(a) defendant David Pena Zamora, individually and d/b/a Pena's Mexican Restaurant, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,700.00 in total damages plus attorneys' fees in the amount of $370.00 plus costs.

1     IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant, or the pro se defendant in this matter.
4
5
6 Dated: June 2, 2025

_____

William Keller
United States District Judge